## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

JAMES ALLRED AND LORI ALLRED,

    Plaintiff

v.

AMERICAN FAMILY INSUANCE GROUP a/k/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant

---

### NOTICE OF REMOVAL

---

TO:    PLAINTIFFS AND THEIR ATTORNEY OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company ("American Family"), by and through its counsel, Bruce B. McLarty of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits its Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family is the Defendant in the above titled action, originally filed in the District Court for the County of El Paso, State of Colorado, Case No. 2014cv32396. This action was filed by Plaintiffs James and Lori Allred, on or about July 31, 2014. The Amended Complaint includes claims for breach of contract, unreasonable delay or

denial of insurance benefits in violation of Colorado statutory law, and common law bad faith breach of an insurance contract.  Plaintiffs' Amended Complaint (**Exhibit E**).

2. Any civil action brought in a state court of which the District Courts of the United States have original jurisdiction may be removed by the defendant to the District Court of the United States for the district and division embracing the place where such action is pending.  28 U.S.C. § 1441(a).  The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states.  Plaintiffs James and Lori Allred are citizens of the state of Colorado. **Exhibit E.**  Defendant American Family is a citizen of the state of Wisconsin.  **Exhibit J** (Documents on File with Colorado Secretary of State).

4. The amount in controversy exceeds $75,000.  Plaintiffs claim that they are entitled to more than $283,000.00 in covered benefits under their policy of insurance with American Family.  **Exhibit E.**  Plaintiffs are also seeking, *inter alia*, recovery of two times the covered benefits and reasonable attorney fees pursuant to C.R.S. § 10-3-1116(1).  **Exhibit E.**

5. Plaintiffs also seek additional tort damages under their common law bad faith claim.  *See* **Exhibit E.**

6. Because the diversity and amount in controversy requirements have been met, this Court has original jurisdiction of this matter, and Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

7. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiffs' Complaint to file its Notice of Removal. American Family was served with a Plaintiff's Complaint in this matter on or about September 5, 2014. **Exhibit D**.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached (*See* **Exhibits A** through **I**). Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of El Paso, State of Colorado. No trial, hearings, or other proceedings are currently scheduled in the state court action.

9. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

10. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of El Paso in Civil Action No. 2014CV32396. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant American Family Mutual Insurance Company respectfully requests that this case be removed from the District Court for the County of El Paso, State of Colorado, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 26th day of September, 2014,

                                            */s/ Bruce B. McLarty*
                                            ***Bruce B. McLarty***
                                            Sutton | Booker | P.C.
                                            26 W. Dry Creek Cir., Suite 375
                                            Littleton, CO 80120
                                            Telephone:  (303) 730-6204
                                            FAX:  (303) 730-6208
                                            E-Mail: bmclarty@suttonbooker.com
                                            Attorney for Defendant,
                                            American Family Mutual Insurance
                                            Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2014, I electronically filed a true and correct copy of the above and foregoing Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Maceau Law
Gregory A. Maceau
Mark Anthony Barrionuevo
Thomas E. Stone
3325 Templeton Gap Road, Suite 205
Colorado Springs, Colorado 80907
greg@maceaullc.com
mark@maceaullc.com
Thomas@maceaullc.com

                                            */s/ BreAnne Olsen*