| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>**Court Address:**<br>270 South Tejon Street, Colorado Springs, CO 80903 | |
| **Plaintiffs:**<br>JAMES ALLRED and LORI ALLRED<br><br>v<br><br>**Defendant:**<br>AMERICAN FAMILY INSURANCE GROUP a/k/a AMERICAN FAMILY HOME INSURANCE COMPANY | ▲ COURT USE ONLY ▲<br><br>Case No. 14CV 30396 |
| *Attorney for Plaintiffs:*<br>MACEAU LAW<br>Gregory A. Maceau, #15693<br>Mark Anthony Barrionuevo, #43535<br>Thomas E. Stone, #46631<br>3225 Templeton Gap Rd., Suite 205<br>Colorado Springs, CO 80907<br>Telephone: (719) 633-2222<br>Facsimile: (719) 577-4648 | Division No. : |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW, the Plaintiffs, James and Lori Allred, by and through their attorneys, Maceau Law, and hereby submits the following for her Complaint:

### PARTIES

1. At all times relevant to this Complaint, Plaintiffs were residents of the State of Colorado.

2. The Defendant is a Florida Corporation in good standing with the Colorado Secretary of State and a listed principal place of business located at 1301 Riverplace Blvd., Suite 1300, Jacksonville, Florida 32207.

3. This case arises from damages sustained by a hail storm occurring approximately June 6, 2012 to property owned by Plaintiffs and insured by Defendant. The significant actions which gave rise to this Complaint occurred in the State of Colorado.

### GENERAL ALLEGATIONS

1. At all times pertinent to this Complaint, the Plaintiffs had a homeowner's policy with American Family Insurance Group a/k/a American Family Home Insurance Company (hereinafter referred to as 'policy'). That policy provides for dwelling coverage or replacement costs. This homeowner's policy covered a real property located at 28 Golden Eagle Lane, Littleton, Colorado 80127-5743 (hereinafter referred to as the "home" or the "property".)

1

EXHIBIT A

2.  The property was damaged by heavy winds and hail which occurred on June 6-7, 2012. These weather conditions caused severe damage which violated the integrity of the roof and exterior of the home which caused it to lose functionality while also speeding the normal wear and tear of the roof and home exterior. Additionally, this damage led to subsequent damage to the interior of the home due to leaking, etc. directly caused by Defendant's failure to adequately cover Plaintiffs' claims.

3.  As a result of the wind and hail, Plaintiffs' have suffered damages to their home.

4.  The above stated damage to Plaintiff's property was caused through no fault of their own.

5.  On or about June 13, 2012, American Family adjuster David Huan inspected the property and issued payment in the amount of $10,029.62.

6.  During the approximate period of August 2012 – December 2013, Plaintiffs retained Mike Lindhurst of C3 Group, Public Adjusters to assist them with their claim against Defendants. Mr. Lindhurst completed his estimate of damages that totaled approximately $283,288.51.

7.  On or about December 6, 2013, Jamie Kelly, Catastrophe Claims Adjuster for American Family, wrote to Plaintiffs denying their claims for additional coverage.

8.  American Family has continued to deny coverage and refuse to repair/replace the property roof and damaged home exterior and to deny coverage for all subsequent damage caused by their failure to properly and timely cover the damage to the roof and home exterior.

### FIRST CLAIM FOR RELIEF
### *BREACH OF CONTRACT*

9.  Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through eight of this Complaint.

10. By delaying and denying dwelling coverage benefits, the Defendant breached its insurance contract with the Plaintiffs.

### SECOND CLAIM FOR RELIEF
### *BAD FAITH BREACH OF INSURANCE CONTRACT*

11. Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through ten of this Complaint.

12. The Defendant acted unreasonably in delaying and denying Plaintiffs' claim for dwelling coverage under Plaintiffs homeowners' insurance policy.

13. The Defendant knew that its conduct was unreasonable or the Defendant recklessly disregarded the fact that its conduct was unreasonable.

14. The Defendant's unreasonable conduct was a cause of Plaintiffs' damages and losses.

15. In denying the Plaintiffs' claim for dwelling coverage benefits, the Defendant violated the unfair claims settlement practices subdivision of the Unfair Methods of Competition/Unfair or Deceptive Acts or Practices section of the Colorado Insurance Code, C.R.S. § 10-3-1104. Specifically, the Defendant:

    A. Failed to adopt and implement reasonable standards for prompt investigation of claims arising under insurance policies, and/or;

    B. Refused to pay Plaintiff's claim without conducting a reasonable investigation based upon all available information, and/or;

    C. Failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim in which liability is clear.

### THIRD CLAIM FOR RELIEF
### *STATUTORY DAMAGES*

16. Plaintiffs reiterate, as though restated in full, those allegations set forth in paragraphs one through fifteen of this Complaint.

17. The Defendant unreasonably delayed or denied Plaintiffs claim for dwelling coverage benefits.

18. Pursuant to C.R.S. § 10-3-1115 and 10-3-1116, Plaintiffs are entitled to double damages and attorney's fees on account of the Defendants unreasonable denial of their claim for dwelling coverage benefits.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court enter Judgment in favor of the Plaintiffs and against the Defendant in the amount of Two Hundred Thousand Eighty-three, Two Hundred Eighty-Eight dollars and Fifty-One cents ($283,288.51) together with bad faith damages, double damages, attorney's fees, costs, interest, and such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted this 31st day of July, 2014.

MACEAU LAW

_____
Gregory A. Maceau, #15693
Mark Anthony Barrionuevo, #43535
Thomas E. Stone, #46631

<u>Plaintiff's Address</u>:
c/o 3225 Templeton Gap Rd., Suite 205
Colorado Springs, CO 80907

3