IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02656-RBJ

JAMES ALLRED and
LORI ALLRED,

      Plaintiffs,

v.

AMERICAN FAMILY INSURANCE GROUP,
aka American Family Mutual Insurance Company,

      Defendant.

---

### ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

THIS MATTER, coming before the Court upon the Stipulated Motion to Dismiss with Prejudice [ECF No. 42], executed by Plaintiffs James Allred and Lori Allred and by Defendant American Family Mutual Insurance Company, the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiffs James Allred and Lori Allred against Defendant American Family Mutual Insurance Company, are hereby dismissed WITH PREJUDICE with each party to pay their own fees and costs.

DATED this 23rd day of November, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge